UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:16-cr-21-T-27MAP | DATE: | July 11, 2016 |
|---|---|---|---|
| HONORABLE JAMES D. WHITTEMORE | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA  v.  HERNANDO JAVIER VERGARA (custody) | | LANGUAGE: | N/A |
| | | GOVERNMENT COUNSEL Jennifer Peresie | |
| | | DEFENSE COUNSEL Howard Anderson AFPD | |
| COURT REPORTER: Lynann Nicely | | DEPUTY CLERK: | Anne H. Ohle |
| TIME: 1:35 PM - 2:25 PM | TOTAL: 50 min. | PROBATION: | Tashika Cutis |
| | | COURTROOM: | 13B |

PROCEEDINGS:    CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

()      Defendant sworn.

(X)     Witnesses: Francisco Vergara.

(X)     Defendant is adjudged guilty on Count(s) 1 & 2 of the Indictment.

(X)     Imprisonment: 96 MONTHS as to Counts 1 & 2; CONCURRENT.

(X)     The Court recommends confinement: Coleman.
        () Defendant participate in and receive drug and alcohol treatment & rehabilitation
         while incarcerated.
        () After hearing sworn testimony from the defendant, the Court finds the defendant has abused drugs and recommends that the defendant participate in the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.
        () The Court recommends the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.
        () Other:

(X)     Supervised release: LIFE as to Counts 1 & 2; CONCURRENT.

()      Probation:

(X)     Fine: Waived

()      Restitution: $ See Criminal Monetary Penalties - Page 5 of the Judgment for details.

(X)     Special Assessment: $200.00*
        *The Court finds the defendant is indigent and the $200 special assessment is not imposed.

(X)     Special conditions of () probation (X) supervised release.

    (X) The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year.

    (X) The defendant shall provide the probation officer access to any requested financial information.

    (X) The defendant shall cooperate in the collection of DNA.

    (X) The defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

    (X) The defendant shall register with state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vacation, or is a student, as directed by the probation officer.

    (X ) The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248),and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

    (X) The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, day-care centers, theme parks, playgrounds, etc.

    (X) The defendant is prohibited from possessing, subscribing to or viewing any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

    (X) Without the prior written approval of the probation officer, the defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet provider. This prohibition includes a computer at a public library, an internet café, the defendant's place of employment, or an educational facility. Also, the defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk). If approved to possess or use a device, defendant shall not access illegal or prohibited content. Defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including the defendant's employer, the defendant must inform the third party of this restriction, including the computer inspection provisions.

(X) Defendant is remanded to custody of the U.S. Marshal.

() Defendant to surrender to () designated institution () as notified by the U.S. Marshal

() Count(s) of the indictment/information is/are dismissed on motion of the U.S. Attorney.

() Original Indictment and/or Superseding Indictment is/are dismissed on motion by the U.S. Attorney.

(X) Defendant advised of right to appeal and to counsel on appeal.

(X) Notice concerning special assessment/fine/restitution payments furnished to counsel for defendant.

() Bond () continued () modified.

() Government's motion for downward departure (Dkt. ) is by the Court. Court departs levels. [SEE TABLE BELOW].

(X) Government's Oral motion for additional 1-level downward departure for acceptance of responsibility is GRANTED.

() Defendant's motion for downward departure (Dkt. ) is by the Court.

(X) Forfeiture ordered by the Court ( X) See order. Attach Judgment.

OTHER:

| DVISORY GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING | | |
|---|---|---|
| | | Court's Departure: |
| Total Offense Level: | 28 | |
| Criminal History Category: | II | |
| Imprisonment Range: | 87 to 108 months | |
| Supervised Release Range: | 5 years | |
| Restitution: | - - | |
| Fine Range: | $12,500 to $125,000 | |
| Special Assessment: | $200 | |